# 22-1569

## IN THE

## UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

Paul Jones

Plaintiffs-Appellant,

v.

Massachusetts Regional Transit Authority et. al,

Defendant-Appellee.

ON APPEAL FROM THE U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

NO: 1:20-12076-TSH ( HONORABLE TIMOTHY S. HILLMAN)

APPELLANTS MOTION FOR LEAVE TO FILE NOTICE OF SUPPLMENTAL AUTHORITY

(ESTABLISHED BUSINESS RELATIONSHIP)

1

PDF processed with CutePDF evaluation edition www.CutePDF.com

1. Appellant hereby move for leave to file supplemental authority in support of the argument that Magistrate RR which the lower court accepted and adopted and appellees arguments that there was an Established Business Relationship ("EBR") between the appellant and appellee after appellant sent and appellees received three (3) Certified Return Receipts letters terminating and revoking any EBR or consent appellees may have thought they had to place the unwanted calls to appellants cellular number that was on the National & State Do Not Call Registry since 2014[1]. See Appellant RB ¶19. See also OB ¶ 11.

2. Therefore, the attached Murray v. Grocery Delivery E-Servs., 55 F.4th 340 (1st Cir. 2022) opinion is additional authority for this Court to deem that appellant terminated any EBR and consent the appellees may have thought they had to place the calls to appellant cell phone that was registered on the NDNC.

Paul Jones
572 Park Street
Stoughton, Ma 02072
Pj22765@gmail.com
617-939-5417

---

[1] "NDNC claims are based on one prong of the TCPA and its implementing regulations applying only to telephone calls made to residential telephone subscribers who are on a national do-not-call list. 47 U.S.C. § 227(c)(5);" *Murray v. Grocery Delivery E-Servs.*, 55 F.4th 340, 347 (1st Cir. 2022).

Paul Jones
572 Park St
Stoughton, MA 02072





7022 0410 0000 4637 4992

USMS SCREENED

John Joseph Moakley U.S. Courthouse
First Circuit Court of Appeals
1 Courthouse Way
Boston, MA 02210